■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IRVING LOWE, Appellant. [606 NYS2d 793] —Appeal from a judgment of the County Court of Ulster County (Vogt, J.), rendered February 7, 1992, convicting defendant upon his plea of guilty of the crime of criminal sale of a controlled substance in the third degree.

Defendant was sentenced to a term of imprisonment of 4½ to 9 years upon his plea of guilty of the crime of criminal sale of a controlled substance in the third degree. On this appeal, his only contention is that he should be credited with 27 days of jail time for his incarceration in Ulster County Jail in connection with his arrest for and subsequent conviction of the crime of criminal possession of a controlled substance in the seventh degree. The calculation of a sentence is properly reviewed by a CPLR article 78 proceeding at the trial level. We therefore decline to resolve this issue on direct appeal.

Cardona, P. J., Mercure, White, Casey and Weiss, JJ., concur. Ordered that the judgment is affirmed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY VAN BUREN, Appellant. [608 NYS2d 882] —Appeal from a judgment of the County Court of Otsego County (Kepner, Jr., J.), rendered April 29, 1991, convicting defendant upon his plea of guilty of the crime of assault in the second degree.

Defendant's allegations that the ineffectiveness of counsel served to deprive him of his right to a fair trial are not supported by the record. We decline to consider defendant's contentions based upon information that is dehors the record because this information is not properly before the Court on this appeal.

Cardona, P. J., Mikoll, Crew III, White and Weiss, JJ., concur. Ordered that the judgment is affirmed.